```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 08536
   DAVID S SAFFRIN
   JONI R SAFFRIN                               CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR
         Debtor
   SSN XXX-XX-1349     SSN XXX-XX-2733

---------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

     1.   The case was filed on 05/10/07 .

     2.   The case was dismissed without confirmation, 07/18/2008.

     3.   The Debtor paid a total of $    3388.04 .


---------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
---------------------------------------------------------------------------
WASHINGTON MUTUAL HOME L   CURRENT MORTG         .00             .00           .00
FIRST MIDWEST BANK         SECURED               .00             .00           .00
FIRST MIDWEST BANK         SECURED               .00             .00           .00
AMERICAN HONDA FINANCE C   SECURED VEHIC         .00             .00           .00
AMERICAN HONDA FINANCE C   SECURED VEHIC         .00             .00           .00
BLOOMINGDALES VISA         UNSECURED        NOT FILED            .00           .00
CITI CARD                  UNSECURED        NOT FILED            .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED        NOT FILED            .00           .00
CITI CARD                  UNSECURED        NOT FILED            .00           .00
EVANSTON NW HEALTHCARE     UNSECURED        NOT FILED            .00           .00
USAA SAVINGS BANK          UNSECURED        NOT FILED            .00           .00
DINERS CLUB                UNSECURED        NOT FILED            .00           .00
         Summary of disbursements:
---------------------------------------------------------------------------
                 SECURED      PRIORITY    UNSECURED        OTHER        TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED   .00          .00          .00           .00          .00
PRINCIPAL PAID       .00          .00          .00           .00          .00
INTEREST PAID        .00          .00          .00           .00          .00
TOTAL PAID           .00          .00          .00           .00          .00
The Debtor's attorney, OTTENHEIMER TEPLINSKY          , was allowed $     .00
and was paid $       .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $    3388.04 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 10/08/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                            PAGE   2
        CASE NO. 07 B 08536 DAVID S SAFFRIN & JONI R SAFFRIN
```